PETER O'SHEA ET AL., APPELLANTS, V. COMMODORE C. HAMPTON ET AL., APPELLEES.

FILED NOVEMBER 28, 1927. NO. 24779.

*J. M. Fitzgerald,* for appellants.

*White & Lyda, L. L. Raymond* and *William H. Heiss,* contra.

Heard before GOSS, C. J., DAY, GOOD, THOMPSON and EBERLY, JJ.

THOMPSON, J.

This case was submitted on briefs filed and oral arguments had in *Hampton v. O'Shea, post,* p. 230. It involves a general demurrer to an amended petition, which petition is buttressed on the facts involved in the above cited case. and, as we determine, is governed by the conclusions therein reached. Hence, it presents but a moot question for our determination.

The appeal is dismissed, with directions that each party pay the costs by them made in this court.

APPEAL DISMISSED.